# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12cr10157

| PRESIDING JUDGE Stearns | PLAINTIFF'S ATTORNEY Strachan, Schumacher | DEFENDANT'S ATTORNEY Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S) 07/15/2013-7/15/13 | COURT REPORTER Gibbons | COURTROOM DEPUTY Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7/15/2013 |  |  | Witness Special Agent Beth Ann Irvine (7/15, 7/16, 7/17, 7/18 and 7/24) |
| 1 |  | 7/15/2013 |  | yes | Medicare DME Supplier Manuel |
| 2 |  | 7/15/2013 |  | yes | Medicare DME Supplier Standards |
| 3 |  | 7/15/2013 |  | yes | Above All Medicare Applicaton |
| 4 |  | 7/15/2013 |  | yes | Instructions to Medicare Application |
| 5 |  | 7/15/2013 |  | yes | Approval of Above All Medicare Application |
| 6 |  | 7/15/2013 |  | yes | Claims History RC |
| 7 |  | 7/15/2013 |  | yes | 2/23/09 Medicare remittance |
| 10 |  | 7/15/2013 |  | yes | Recording of Interview |
| 12 |  | 7/15/2013 |  | yes | John Nasky certified conviction |
| 13 |  | 7/15/2013 |  | yes | 2/23/09 Medicare payment |
| 14 |  | 7/15/2013 |  | yes | 3/2/09 Medicare payment |
| 15 |  | 7/15/2013 |  | yes | 4/29/09 Medicare payment |
| 16 |  | 7/15/2013 |  | yes | 5/4/09 Medicare payment |
| 17 |  | 7/15/2013 |  | yes | Medicare payment 5/4/09 |
| 18 |  | 7/15/2013 |  | yes | 5/4/09 & 5/6/09 Medicare payment |
| 19 |  | 7/15/2013 |  | yes | 5/5/09 Medicare payment |
| 20 |  | 7/15/2013 |  | yes | 5/6/09 Medicare payment |
| 21 |  | 7/15/2013 |  | yes | 5/11/09 Medicare payment |
| 22 |  | 7/15/2013 |  | yes | 5/28/09 Medicare payment |
| 23 |  | 7/15/2013 |  | yes | 6/3/09 Medicare payment |
| 24 |  | 7/15/2013 |  | yes | 3/2/09 Medicare remittance |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Blessing Sydney Iwuala | Case Number: 1:12cr10157 |

| PRESIDING JUDGE<br>Stearns | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S)<br>07/15/2013-7/15/2013 | COURT REPORTER<br>Gibbons | COURTROOM DEPUTY<br>Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 7/15/2013 | | yes | 4/29/09 Medicare remittance |
| 26 | | 7/15/2013 | | yes | 5/4/09 Medicare remittance |
| 27 | | 7/15/2013 | | yes | 5/4/09 Medicare remittance |
| 28 | | 7/15/2013 | | yes | 5/4/09 Medicare remittance |
| 29 | | 7/15/2013 | | yes | 5/5/09 Medicare remittance |
| 30 | | 7/15/2013 | | yes | 5/6/09 Medicare remittance |
| 31 | | 7/15/2013 | | yes | 5/6/09 Medicare remittance |
| 32 | | 7/15/2013 | | yes | 5/11/09 Medicare remittance |
| 33 | | 7/15/2013 | | yes | 5/28/09 Medicare remittance |
| 34 | | 7/15/2013 | | yes | 5/28/09 Medicare remittance |
| 35 | | 7/15/2013 | | yes | 5/28/09 Medicare remittance |
| 36 | | 7/15/2013 | | yes | 6/3/09 Medicare remittance |
| 37 | | 7/15/2013 | | yes | 6/3/09 Medicare remittance |
| 38 | | 7/15/2013 | | yes | 3/10/09 Above All Check to Angela Kalu |
| 39 | | 7/15/2013 | | yes | 3/10/09 Above All Check to Angela Kalu |
| 40 | | 7/15/2013 | | yes | 3/31/09 Above All Check to Angela Kalu |
| 41 | | 7/15/2013 | | yes | 5/5/09 Above All wire transfer to Angel's Beauty Supply |
| 42 | | 7/15/2013 | | yes | Bank of America Signature Card |
| 43 | | 7/15/2013 | | yes | 5/14/09 Above All wire transfer to Angel's Beauty Supply |
| 44 | | 7/15/2013 | | yes | 6/5/09 Above All check to Nasky & Goldfinger Med |
| 45 | | 7/15/2013 | | yes | 6/10/09 Above All wire transfer |
| 46 | | 7/15/2013 | | yes | 6/10/09 Wire transfer confirmation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12cr10157

| PRESIDING JUDGE Stearns | PLAINTIFF'S ATTORNEY Strachan, Schumacher | DEFENDANT'S ATTORNEY Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S) 07/15/2013-7/15/2013 | COURT REPORTER Gibbons | COURTROOM DEPUTY Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 47 | | 7/15/2013 | | yes | 7/13/09 Above All wire transfer to Nasky |
| 48 | | 7/15/2013 | | yes | 7/13/09 Wire transfer confirmation |
| 49 | | 7/15/2013 | | yes | 7/28/09 Above All wire transfer to Nasky |
| 50 | | 7/15/2013 | | yes | 7/28/09 Wire transfer confirmation |
| 57 | | 7/15/2013 | | yes | Claims History: DM |
| 58 | | 7/15/2013 | | yes | Claims History: YF |
| 59 | | 7/15/2013 | | yes | Claims History: JS |
| 60 | | 7/15/2013 | | yes | Claims History: TT |
| 61 | | 7/15/2013 | | yes | Claims History: SS |
| 62 | | 7/15/2013 | | yes | Claims History: MR |
| 63 | | 7/15/2013 | | yes | CTM credit appl |
| 64 | | 7/15/2013 | | yes | CTM internal note |
| 65 | | 7/15/2013 | | yes | CTM invoice |
| 66 | | 7/15/2013 | | yes | Invacare doc |
| 71 | | 7/15/2013 | | yes | Site visit questionnaire |
| 72 | | 7/15/2013 | | yes | Logs of communications w/Medicare |
| 73 | | 7/15/2013 | | yes | Sprint phone statement |
| 74 | | 7/15/2013 | | yes | Request for Voluntary Termination 9/17/09 |
| 75 | | 7/15/2013 | | yes | Request for Voluntary Termination 10/4/10 |
| 76 | | 7/15/2013 | | yes | Medicare notice of overpayment - FC |
| 77 | | 7/15/2013 | | yes | Above All refund FC |
| 78 | | 7/15/2013 | | yes | Above All refund JW |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number:  1:12cr10157

| PRESIDING JUDGE<br>Stearns | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S)<br>07/15/2013-7/15/2013 | COURT REPORTER<br>Gibbons | COURTROOM DEPUTY<br>Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 79 | | 7/15/2013 | | yes | Above All refund TB |
| 80 | | 7/15/2013 | | yes | Above All refund BE |
| 81 | | 7/15/2013 | | yes | Above All refund DJ |
| 82 | | 7/15/2013 | | yes | Above All refund VJ |
| 83 | | 7/15/2013 | | yes | Above All refund IP |
| 84 | | 7/15/2013 | | yes | Above All refund OL |
| 115 | | 7/15/2013 | | yes | Provider Purchase Agreement |
| 116 | | 7/15/2013 | | yes | Provider service Agreement |
| 117 | | 7/15/2013 | | yes | Photograph of Nasky & Goldfinger |
| 118 | | 7/15/2013 | | yes | Photograph of Nasky & Goldfinger |
| 121 | | 7/15/2013 | | yes | Medicare correspondence re : ER |
| 122 | | 7/15/2013 | | yes | 7/24/09 Medicare (NHIC) remittance |
| 125 | | 7/15/2013 | | yes | Medicare correspondence re: ER |
| 126 | | 7/15/2013 | | yes | 3/20/09 Medicare (NHIC) remittance |
| 127 | | 7/15/2013 | | yes | 4/20/09 Medicare (NHIC) remittance |
| 128 | | 7/15/2013 | | yes | 5/13/09 Medicare (NHIC) remittance |
| 129 | | 7/15/2013 | | yes | 7/8/09 Medicare (NHIC) remittance |
| 130 | | 7/15/2013 | | yes | 8/19/09 Medicare (NHIC) remittance |
| 131 | | 7/15/2013 | | yes | 11/18/09 Medicare (NHIC) remittance |
| 132 | | 7/15/2013 | | yes | ER Transport chair |
| 133 | | 7/15/2013 | | yes | Nasky & Goldfinger biller info screens |
| 138 | | 7/15/2013 | | yes | Edem plea agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12cr10157

| PRESIDING JUDGE<br>Stearns | | | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | | | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>07/15/2013-7/16/2013 | | | COURT REPORTER<br>Gibbons | | | COURTROOM DEPUTY<br>Seelye |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 139 | | 7/15/2013 | | yes | Plea Agreement | |
| 140 | | 7/15/2013 | | yes | claim History | |
| 141 | | 7/15/2013 | | yes | G.S. Beneficiary Statement | |
| 9 | | 7/15/2013 | | yes | 6/19/08 Letter to Nasky | |
| 8 | | 7/15/2013 | | yes | Above All Medicare claims | |
| | | 7/16/2013 | | | Witness SA Beth Ann Irvine | |
| 117 | | 7/16/2013 | | yes | Photo 246 Nasky | |
| 103 | | 7/16/2013 | | yes | Box containing braces | |
| 104 | | 7/16/2013 | | yes | Brace | |
| 105 | | 7/16/2013 | | yes | Brace | |
| 106 | | 7/16/2013 | | yes | Brace | |
| 107 | | 7/16/2013 | | yes | Brace | |
| 108 | | 7/16/2013 | | yes | Brace | |
| 109 | | 7/16/2013 | | yes | Brace | |
| 110 | | 7/16/2013 | | yes | Brace | |
| 143 | | 7/16/2013 | | yes | Large Back Brace | |
| 119 | | 7/16/2013 | | yes | Physician Order | |
| 137 | | 7/16/2013 | | yes | DM Patient File | |
| 70 | | 7/16/2013 | | yes | Above All patient file | |
| 69 | | 7/16/2013 | | yes | Above All patient file | |
| 85 | | 7/16/2013 | | yes | Above All patient file | |
| 86 | | 7/16/2013 | | yes | Above All patient file | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

V.

Case Number:

| PRESIDING JUDGE<br>Stearns | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S)<br>7-16-2013 - 7/18/13 | COURT REPORTER<br>Gibbons ; Hancock | COURTROOM DEPUTY<br>Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 87 | | 7/16/2013 | | yes | Above All Patient File |
| 88 | | 7/16/2013 | | yes | Above All Patient File |
| 89 | | 7/16/2013 | | yes | Above All Patient File |
| 90 | | 7/16/2013 | | yes | Above All Patient File |
| 91 | | 7/16/2013 | | yes | Above All Patient File |
| 92 | | 7/16/2013 | | yes | Above All Patient File |
| 93 | | 7/16/2013 | | yes | Above All Patient File |
| 94 | | 7/16/2013 | | yes | Above All Patient File |
| 95 | | 7/16/2013 | | yes | Above All Patient File |
| 96 | | 7/16/2013 | | yes | Above All Patient File |
| 97 | | 7/16/2013 | | yes | Above All Patient File |
| 98 | | 7/16/2013 | | yes | Above All Patient File |
| 99 | | 7/16/2013 | | yes | Above All Patient File |
| 100 | | 7/16/2013 | | yes | Above All Patient File |
| 101 | | 7/16/2013 | | yes | Above All Patient File |
| 102 | | 7/16/2013 | | yes | Above All Patient File |
| 134 | | 7/16/2013 | | yes | Tax Form 2008 |
| 135 | | 7/16/2013 | | yes | Tax Form 2009 |
| 136 | | 7/16/2013 | | yes | Tax Form 2010 |
| | | 7/17/2013 | | | SA Irvine |
| | | 7/17/2013 | | | Sunday Joseph Edam |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12cr10157

| PRESIDING JUDGE<br>Stearns | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|
| TRIAL DATE (S)<br>07/18/2013-7/22/2013 | COURT REPORTER<br>Gibbons; Hancock | COURTROOM DEPUTY<br>Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 113 | | 7/18/2013 | | yes | Patient file |
| 146 | | 7/18/2013 | | yes | Patient file |
| 147 | | 7/18/2013 | | yes | Patient file |
| 148 | | 7/18/2013 | | yes | Patient file |
| 149 | | 7/18/2013 | | yes | Patient file |
| | | 7/18/2013 | | | Witness Steven Nichols, MD |
| | | 7/18/2013 | | | Resume with Witness Sunday Joseph Edem  (7/17/13) |
| | | 7/18/2013 | | | Witness Tonya (Bates) Foster |
| | | 7/19/2013 | | | Resume with Tonya (Bates) Foster |
| | | 7/19/2013 | | | Stephen D. Brown, MD |
| | | 7/19/2013 | | | Susan K. Swinnea |
| | | 7/19/2013 | | | Yvonne Fontenot via Video Deposition |
| 1A | | 7/19/2013 | x | | Back Lumbar and 1B Ankle Wrap |
| 1C | | 7/19/2013 | x | | Shoulder Wrap / Wrist Brace |
| 1D | | 7/19/2013 | x | | Knee brace |
| 1E | | 7/19/2013 | x | | Ankle wrap |
| 1F | | 7/19/2013 | x | | Ankle support |
| 1G | | 7/19/2013 | x | | Brace |
| | | 7/22/2013 | | | Resume with Yvonne Fontenot via Video Deposition |
| | | 7/22/2013 | | | Witness Donald Gibson |
| | 24 | 7/22/2013 | | yes | Indictment |
| | | 7/22/2013 | | | Witness Ana Gonzalez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Blessing Sydney Iwuala

**EXHIBIT AND WITNESS LIST**

Case Number: 1:12cr10157

| PRESIDING JUDGE<br>Stearns | | | PLAINTIFF'S ATTORNEY<br>Strachan, Schumacher | | DEFENDANT'S ATTORNEY<br>Ellison, Nwogu |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>07/22/2013-7/24/2013 | | | COURT REPORTER<br>Gibbons | | COURTROOM DEPUTY<br>Seelye |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 3 | 7/22/2013 | | yes | Billing Statement |
| | | 7/22/2013 | | | Witness Chidibere Anyahara |
| | | | | | |
| | | 7/23/2013 | | | Witness Dorothy Murray - Video Deposition |
| | | 7/23/2013 | | | Witness Amy Wolcott |
| 156 | | 7/23/2013 | | yes | Boston Trip 6/16/09 |
| | | 7/24/2013 | | | Witness Stephen S. Ward |
| | | 7/24/2013 | | | Resume with Witness Stephen S. Ward |
| | | 7/24/2013 | | | SA Beth Ann Irvine |
| | 4 | 7/24/2013 | | yes | Photos (1 pg) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages